# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HENDRIX, JR., ) | 1:04-cv-06180-AWI-TAG HC |
| Petitioner, ) | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (Doc. 11) |
| v. ) | |
| J. SOLIS, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 12, 2005, the Court ordered Respondent to file an Answer by August 15, 2005. (Doc. 9). On August 4, 2005, Respondent filed the instant motion for extension of time, based upon the pressing case load of the attorney assigned to handle this case for Respondent. (Id.). The attorney indicates that she has answers to six federal petitions pending at the present time and that an additional sixty days is required in order to comply with the Court's order of May 12, 2005. (Id.).

Accordingly, GOOD CAUSE appearing therefore, it is HEREBY ORDERED that Respondent's motion for extension of time to file an Answer (Doc. 11), is GRANTED.

///

1

1  Respondent is granted sixty (60) days from the date of service of this order within which to file
2  an Answer in this case.
3
4  IT IS SO ORDERED.
5  **Dated:   August 10, 2005**                   /s/ Theresa A. Goldner
   j6eb3d                                         UNITED STATES MAGISTRATE JUDGE