UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR HENDRIX, JR., | ) | 1:04-CV-6180-AWI-TAG HC |
| Petitioner, | ) ) | ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE THERESA A. GOLDNER |
| v. | ) ) | Old case # 1:04-CV-6180 AWI TAG HC |
| J. SOLIS, Associate Warden, | ) ) | New case # 1:04-CV-6180 TAG HC |
| Respondent. | ) ) ) | |

Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 13, 2004, Petitioner filed his consent to have a Magistrate Judge conduct all proceedings in this case.  (Doc. 2).  On August 4, 2005, Respondent filed a similar consent.  (Doc. 10).  It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

1.   This action is assigned to United States Magistrate Judge THERESA A. GOLDNER for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further

1  proceedings in the case, including the trial and entry of final judgment,

2  2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate

3  Judge THERESA A. GOLDNER, and

4  3. The new case number shall be

5 **1:04-CV-6180 TAG HC**

6  and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of

7  an incorrect case number, including initials, may result in a delay of documents being processed and

8  copies thereof being correctly distributed and received by the appropriate judicial officer.

9  IT IS SO ORDERED.

10 **Dated:   September 5, 2005**      /s/ **Anthony W. Ishii**
  0m8i78           UNITED STATES DISTRICT JUDGE