# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HENDRIX, JR.,<br><br>        Petitioner,<br><br>   v.<br><br>J. SOLIS, Warden,<br><br>        Respondent. | 1:04-cv-06180-AWI-TAG HC<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER (Doc. 15) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 12, 2005, the Court ordered Respondent to file an answer by August 15, 2005. (Doc. 9). On August 4, 2005, Respondent filed a motion requesting an extension of time based upon the pressing case load of the attorney assigned to handle this case for Respondent. (Doc. 11). The Court granted Respondent an extension of sixty days on August 10, 2005. (Doc. 13). Accordingly, the Respondent's answer was due on October 13, 2005. On October 7, 2005, Respondent requested a second extension of time, again due to the demands of counsel's caseload. (Doc. 15). In the instant motion for additional time, counsel requests an extension up to and including November 14, 2005 within which to file the answer. (Id.).

Accordingly, GOOD CAUSE appearing therefore, it is HEREBY ORDERED that Respondent's motion for extension of time to file an answer (Doc. 15), is GRANTED.

///

Respondent is granted thirty (30) days from the date of service of this order within which to file an answer in this case.

IT IS SO ORDERED.

**Dated:    October 24, 2005**              **/s/ Theresa A. Goldner**
j6eb3d                                      UNITED STATES MAGISTRATE JUDGE