# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR HENDRIX, JR., | ) | 1:04-cv-06180-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR EXTENSION OF TIME TO |
| v. | ) | FILE TRAVERSE (Doc. 20) |
| | ) | |
| | ) | |
| J. SOLIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 17, 2005, Respondent filed the answer.  (Doc. 18).  On December 9, 2005, Petitioner filed this motion for extension of time to file his traverse, based on the existence of a "lock-down" at his present institution and his consequent inability to access the prison law library.  (Doc. 20).

Accordingly, GOOD CAUSE appearing therefore, it is HEREBY ORDERED that Petitioner's motion for extension of time to file a traverse (Doc. 20), is GRANTED.   Petitioner is granted sixty (60) days from the date of service of this order within which to file his traverse in this case.

IT IS SO ORDERED.

Dated:    December 14, 2005              /s/ Theresa A. Goldner
j6eb3d                        UNITED STATES MAGISTRATE JUDGE

1