# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HENDRIX, JR., ) | |
| ) | 1:04-cv-06180-AWI-TAG HC |
| Petitioner, ) | |
| ) | ORDER GRANTING PETITIONER'S |
| v. ) | MOTION FOR EXTENSION OF TIME TO |
| ) | FILE TRAVERSE (Doc. 24) |
| ) | |
| J. SOLIS, Warden, ) | ORDER DISREGARDING MOTION FOR |
| ) | RULING (Doc. 25) |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 2, 2006, Petitioner filed this second motion for extension of time to file his traverse. (Doc. 24). On February 27, 2006, Petitioner filed a motion requesting a ruling on his motion for an extension of time. (Doc. 25).

Accordingly, GOOD CAUSE appearing therefore, it is HEREBY ORDERED that:

1. Petitioner's motion for extension of time to file a traverse (Doc. 24), is GRANTED. Petitioner has thirty (30) days from the date of service of this order to file his traverse; and,

2. Petitioner's motion for ruling (Doc. 25), is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated: **March 15, 2006**          /s/ Theresa A. Goldner
**j6eb3d**                          UNITED STATES MAGISTRATE JUDGE