UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR HENDRIX, JR., | ) | 1:04-CV-6180 TAG HC |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE TRAVERSE |
| | ) | (Doc. 27) |
| J. SOLIS, Associate Warden, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 17, 2006, petitioner filed his third motion to extend time to file a traverse. (Doc. 27). Good cause having been presented to the Court and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED that:

Petitioner's motion for extension of time (Doc. 27), is GRANTED.  Petitioner is granted thirty (30) days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

Dated:   **April 27, 2006**                                                **/s/ Theresa A. Goldner**
**j6eb3d**                                                                        UNITED STATES MAGISTRATE JUDGE